

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00462-CR

Billy Jack **GUERRA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR1777
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Appellant has filed a pro se motion to dismiss his appeal. Appellant is represented by counsel. In Texas, appellants do not have a right to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 889 (Tex. (Tex. Crim. App. App. 2001); *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Therefore, appellant's motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court